**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 6:26-11-KKC-EBA-1** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **CHARLES HOPKINS,** | |
| **Defendant.** | |

This matter was referred to Magistrate Judge Edward Atkins for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Atkins filed a recommendation (R. 30) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of the sole count of the indictment (R. 10) in this matter. No objections have been filed and, having reviewed the record, the Court finds that Judge Atkins satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution.  Accordingly, the Court hereby ORDERS as follows:

1)  The Court ADOPTS the recommendation (R. 30) and ACCEPTS the defendant's guilty plea; and

2)  The defendant is ADJUDGED GUILTY of the sole count of the indictment (R. 10).

This 7th day of July, 2026.



Signed By:

*Karen K. Caldwell*
**United States District Judge**